Affirmed and Memorandum Opinion filed June 7, 2007








Affirmed
and Memorandum Opinion filed June 7, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NOS. 14-06-01013-CR
&

      14-06-01014-CR

____________

 

JOSE EDWIN CEDILLO, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 182nd District
Court

Harris County, Texas

Trial Court Cause Nos.
1065668 & 1065669

 



 

M E M O R A N D U M   O P I N I O N








Appellant
pled guilty to the offenses of aggravated assault in trial court cause number
1065668 and possession of a controlled substance in trial court cause number
1065669.  On October 31, 2006, the trial court sentenced appellant in trial
court cause number 1065668 to confinement for eight years in the Institutional
Division of the Texas Department of Criminal Justice.  Also on October 31,
2006, the trial court sentenced appellant in trial court cause number 1065669
to nine months in the State Jail Division of the Texas Department of Criminal
Justice.  Appellant filed notices of appeal.

Appellant=s appointed counsel filed a brief in
which he concludes the appeals are wholly frivolous and without merit. The
brief meets the requirements of Anders v. California, 386 U.S. 738, 87
S.Ct. 1396 (1967), presenting a professional evaluation of the records
demonstrating why there are no arguable grounds to be advanced.  See High v.
State, 573 S.W.2d 807 (Tex. Crim. App. 1978).

A copy
of counsel=s brief was delivered to appellant.  In a letter, mailed March 1, 2007,
appellant was advised of the right to examine the appellate records and file a
pro se response.  See Stafford v. State, 813 S.W.2d 503, 510 (Tex. Crim.
App. 1991).  As of this date, more than sixty days has elapsed and no pro se
response has been filed.

We have
carefully reviewed the records and counsel=s brief and agree the appeals are
wholly frivolous and without merit.  Further, we find no reversible error in
the records.  A discussion of the brief would add nothing to the jurisprudence
of the state.

Accordingly,
the judgments of the trial court are affirmed.

 

PER CURIAM

 

Judgment rendered and Memorandum Opinion filed June 7,
2007.

Panel consists of Justices Yates, Edelman, and
Seymore.

Do Not Publish C Tex. R. App. P.
47.2(b).